UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DANIEL MARTIN,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.: 1:14-cv-01134- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 15) |

On April 30, 2015, the parties stipulated for Defendant to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 15.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Defendant **SHALL** file a response to Plaintiff's opening brief on or before **June 5, 2015**.

IT IS SO ORDERED.

Dated:   **May 4, 2015**           **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE